The evidence is sufficient to sustain the conviction.

The judgment is affirmed.

Opinion approved by the Court.

On Appellant's Motion for Rehearing

DAVIDSON, Commissioner.

Appellant presses upon us the correctness of his contention that the facts do not warrant his conviction and that we erred in reaching a contrary conclusion.

It is insisted that there is no evidence showing that at the time he found the purse he had any intention of appropriating its contents and that he could not be guilty, therefore, of theft even though he thereafter formed the intent to appropriate and did appropriate the currency in the purse.

The fact that appellant made no effort to ascertain the owner of the purse, though it contained business cards, "driver's" license, and membership cards showing the name of the owner, and the further fact that appellant attempted to have the purse destroyed authorized the trial court's conclusion that appellant had the fraudulent intent to steal the property.

We remain convinced that a correct conclusion was reached originally.

Accordingly, appellant's motion for rehearing is overruled.

Opinion approved by the Court.

## SCOTT v. STATE.

No. 27033.

Court of Criminal Appeals of Texas.

June 2, 1954.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for a violation of the liquor law in Lubbock County. The punishment assessed is a fine of $250.

No notice of appeal appears in the record. In the absence thereof this court is without jurisdiction to entertain the appeal.

The appeal is therefore dismissed.